```
_____ FILED      _____ RECEIVED
_____ ENTERED    _____ SERVED ON
                 COUNSEL/PARTIES OF RECORD

         JUN 11 2021

  CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:21-mj-488-VCF |
| | ) | |
| LORI WEBER | ) | Charging District: District of South Dakota |
| *Defendant* | ) | Charging District's Case No. 5:21-cr-50080-01 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>515 Ninth Street, Room 318<br>Rapid City, SD 57701 | Courtroom No.: 2 |
|---|---|---|
| | | Date and Time: 7/9/2021 @ 1:20 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 11, 2021

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*